Opinion approved by the court.

**Fred O'Neal HAYNES, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27992.**

Court of Criminal Appeals of Texas.

Dec. 14, 1955.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is possession of barbiturates; the punishment, thirty days in jail.

The state has filed a motion, duly verified, asking that the appeal in this case be abated on account of the death of the appellant.

The motion is granted and the appeal is abated.